UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WILSON,

        Plaintiff,

v.                                                                                  CASE NO. 05-CV-73722-DT
                                                                                 HON. GERALD E. ROSEN

JAMES O'DONNELL, THE WAYNE COUNTY
PROSECUTOR'S OFFICE, PORTIA ROBERSON,
DAWN JACK, and DONALD JOHNSON,

        Defendants.
_____/

## **JUDGMENT**

This matter having come before the Court on a complaint under 42 U.S.C. § 1983, United States District Judge GERALD E. ROSEN presiding, and pursuant to the order entered on 10/31/05, the Court **DISMISSES** the complaint as frivolous and for failure to state a claim.

Dated at Detroit, Michigan on 10/31/05.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                                     By: s/Veverlyn Sims
                                                             Deputy Clerk

APPROVED:

S/GERALD E. ROSEN
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE